McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street
Sacramento, California 95814
Telephone: (916) 554-2785

FILED
SEP 2 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Search Of: ) <br> ) <br> Hard drives of Clint Gregory ) <br> laptop and desktop computers ) <br> and removable media capable of ) <br> storing electronic files ) <br> located in the office space at ) <br> CALTRANS, 1976 East Charter ) <br> Way, Room 139, Stockton, ) <br> California; 1 duplicate digital ) <br> image of hard drive of Clint ) <br> Gregory lap top; 2 CDs ) <br> containing files from Clint ) <br> Gregory lap top; paper copies ) <br> of printed Clint Gregory e- ) <br> mails; and e-mail servers of ) <br> CALTRANS, located at 1120 N ) <br> Street, Sacramento, California ) <br> _____) | No. 2 0 8 - SW  4 0 7  GGH <br><br> ORDER TO SEAL SEARCH WARRANT <br><br> SEALED |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby ordered sealed until further order of this Court.

DATED: September 24, 2008

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
U.S. Magistrate Judge

1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street
   Sacramento, California 95814
4  Telephone: (916) 554-2785

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | In the Matter of Search Of: ) No.
                                  )
12 | Hard drives of Clint Gregory )
   | laptop and desktop computers ) MOTION TO SEAL SEARCH WARRANT
13 | and removable media capable of )
   | storing electronic files      )
14 | located in the office space at )
   | CALTRANS, 1976 East Charter    )
15 | Way, Room 139, Stockton,       )
   | California; 1 duplicate digital )
16 | image of hard drive of Clint   )
   | Gregory lap top; 2 CDs         )
17 | containing files from Clint    )
   | Gregory lap top; paper copies  )
18 | of printed Clint Gregory e-    )
   | mails; and e-mail servers of   )
19 | CALTRANS, located at 1120 N    )
   | Street, Sacramento, California )
20 |_____)

21     The United States hereby moves for an order sealing all

22 pleadings filed in this matter. As set forth in the Affidavit

23 attached to the Application in Support of Search Warrant, this

24 investigation is ongoing and disclosure of the investigation

25 and/or of the existence of this warrant would jeopardize our

26 ability to employ any undercover techniques, may lead to the

27 destruction of evidence, and would affect the integrity of

28 testimony provided by witnesses.

1     Accordingly, the government requests that the Court issue an
2 Order sealing this matter until further order of this Court.

5 DATED: September 24, 2008    Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ Anne Pings
                                         Anne Pings
                                         Assistant United States Attorney