1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street
   Sacramento, California 95814
4  Telephone: (916) 554-2785

**FILED**

SEP 2 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Search Of: ) <br> ) <br> Hard drives of Clint Gregory ) <br> laptop and desktop computers ) <br> and removable media capable of ) <br> storing electronic files ) <br> located in the office space at ) <br> CALTRANS, 1976 East Charter ) <br> Way, Room 139, Stockton, ) <br> California; 1 duplicate digital ) <br> image of hard drive of Clint ) <br> Gregory lap top; 2 CDs ) <br> containing files from Clint ) <br> Gregory lap top; paper copies ) <br> of printed Clint Gregory e- ) <br> mails; and e-mail servers of ) <br> CALTRANS, located at 1120 N ) <br> Street, Sacramento, California ) <br> ) | No. SW-08-407-GGH <br><br> **UNDER SEAL** <br><br> ORDER AUTHORIZING <br> DELAYED NOTIFICATION OF <br> EXECUTION OF SEARCH WARRANT |

Upon Application of the United States of America, and based upon the Court's finding that providing a copy of the search warrant to Clint Gregory at this time would have an adverse result as defined in 18 U.S.C. § 2705,

**IT IS HEREBY ORDERED** that the service of a copy of the search warrant on Clint Gregory may be delayed until the arrest of Mr. Gregory, or until a time to be determined by future order of the Court.

DATED: September 26, 2008

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
U.S. Magistrate Judge