

BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br><br> Hard Drives of Clint Gregory laptop and desktop, et al. | S.W. NO.: 2:08-SW-407-GGH <br><br> ORDER |

The government's request to unseal the Search Warrant and this case is GRANTED.

SO ORDERED:

DATED: August 3, 2012

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge